10 CRIM 061

**REQUEST FOR COURT ACTION / DIRECTION**

**TO:** James Molinelli
Miscellaneous Clerk

**OFFENSE:** Conspiracy to Pass Counterfeit Currency, 18 U.S.C. 371; Passing of Counterfeit Currency, 18 U.S.C. 472

**ORIGINAL SENTENCE:** One (1) day imprisonment, followed by a three (3) year term of supervised release.

**FROM:** Theresa L. Maisano
U.S. Probation Officer

**SPEC. CONDITIONS:** Financial disclosure; No new credit charges or openings; Obtain and maintain employment; 1,000 hours of community service at a rate of 40 hours per week; Notify the U.S. Attorney of any change in residence; Restitution in the amount of $3, 839.72, paid in monthly installments of $150.00 and a Special Assessment in the amount of $200.00.

**AUSA:** To be assigned

**RE:** Robert Finn
Docket # 1: 08 CR 403-1 (ED/PA)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

**DATE OF SENTENCE:** February 17, 2009

**DATE:** January 10, 2010

**ATTACHMENTS:** PSI X JUDGMENT X PREVIOUS REPORTS VIOLATION PETITION

**REQUEST FOR:** WARRANT____ SUMMONS ____ COURT DIRECTION _X_

**TRANSFER OF JURISDICTION**

Reference is made to the above-mentioned offender who on February 17, 2009, was sentenced by the Honorable Juan R. Sanchez, United States District Judge, Eastern District of Pennsylvania, to one (1) month imprisonment; followed by a three (3) year term of supervised release. Finn was convicted of Conspiracy to Pass Counterfeit Currency in violation of 18 U.S.C. 371, a Class D Felony and Passing of Counterfeit Currency, in violation of 18 U.S.C 472, a Class C Felony. Special conditions were ordered, as follows: Financial disclosure; No new credit charges or openings; Obtain and maintain employment; 1,000 hours of community service at a rate of 40 hours per week; Notify the U.S. Attorney of any change in residence; Restitution in the amount of $3, 839.72, paid in monthly installments of $150.00 and a Special Assessment in the amount of $200.00.

Note that in the Southern District of New York, Finn was charged with Passing Counterfeit U.S. Currency, in violation of 18 United States Code 491, a Class A Misdemeanor. He was sentenced on March 2, 2009 before the Honorable Douglas F. Eaton, United States Magistrate Judge, to three (3) years probation to run concurrent with ED/PA sentence.

Seeing as Finn is a life-long resident of New York with various community ties, it is very unlikely that he will reside within the confines of the Eastern District of Pennsylvania. As such a transfer of jurisdiction was sought. On December 11, 2009, the Honorable Juan R. Sanchez, United States District Judge, agreed to a transfer of jurisdiction and executed the Probation Form 22.

In light of the aforementioned circumstances, we are requesting that jurisdiction be transferred to the Southern District of New York.

Enclosed is a Transfer of Jurisdiction Order for your review.

Respectfully Submitted,

Michael J. Fitzpatrick
Chief U.S. Probation Officer

By: ______________________
Theresa L. Maisano
U.S. Probation Officer
(212) 805-5136

Approved By: ______________________
Paul Wodeshick
Supervising U.S. Probation Officer