EBANKS & SATTLER, LLP
ATTORNEYS AT LAW
20 VESEY STREET, SUITE 503
NEW YORK, NEW YORK 10007
(212) 766-4411
FACSIMILE
(212) 766-5899
www.ebsalaw.com

ADAM B. SATTLER
ALBERTO A. EBANKS
MATTHEW B. WALLER

OF COUNSEL
RICHARD A. DIENST
ERICA B. SATTLER
STEPHEN A. RICCI
MARSHALL R. ISAACS

February 10, 2011

**VIA HAND DELIVERY**
The Honorable John G. Koeltl
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10013

JO[illegible] G. KOELTL
U.S.D.J.

Re: United States v. Robert Finn
Docket No.: 10 CR 61
Probation Revocation Hearing

Dear Honorable Sir:

We are the attorneys for the defendant, Robert Finn, who remains at liberty pursuant to bond set by the Honorable Magistrate Judge Gorenstein on February 3, 2011 with respect to this matter.

This matter appears on the court's calendar on February 15, 2011 at 4:30 pm. with respect to a hearing regarding probation revocation. We are respectfully requesting an adjournment of this matter until Thursday February 17, 2011 at 4:30 pm., or whatever time the court deems appropriate.

We have been discussing a resolution of this matter with Ms. Theresa Maisano, Mr. Finn's probation officer and we are preparing a package concerning programs Mr. Finn will be attending. Additionally, we will be submitting information pertaining to Mr. Finn's past history relating to his learning disabilities and we are researching the appropriate educational placement for him. We submit that these programs are a necessary tool so that Mr. Finn will be able to move forward with a formidable future plan.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/15/11

ADJOURNED TO THURSDAY, FEBRUARY 17, 2011 AT 2:30PM.
SO ORDERED
[signature]
2/14/11
USDJ

Additionally, there are also jurisdictional issues which must be resolved with the probation department concerning Mr. Finn's parole in the State of New Jersey. Should you have any questions please feel free to contact the undersigned.

Sincerely,

EBANKS & SATTLER, LLp.

By: ____________________
ALBERTO A. EBANKS

AAE:cs
Cc: Glenn A. Kopp, Esq.
Assistant United States Attorney