EBANKS & SATTLER, LLP
ATTORNEYS AT LAW
20 VESEY STREET, SUITE 503
NEW YORK, NEW YORK 10007
(212) 766-4411
FACSIMILE
(212) 766-5899
www.ebsalaw.com

ADAM B. SATTLER
ALBERTO A. EBANKS
MATTHEW B. WALLER

OF COUNSEL
RICHARD A. DIENST
ERICA B. SATTLER
STEPHEN A. RICCI
MARSHALL R. ISAACS

February 16, 2011

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 2/23/2011

**VIA HAND DELIVERY**
The Honorable John G. Koeltl
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10013

Re: United States v. Robert Finn
Docket No.: 10 CR 61
Probation Revocation Hearing

Dear Honorable Sir:

We are the attorneys for the defendant, Robert Finn, who remains at liberty pursuant to bond set by the Honorable Magistrate Judge Gorenstein on February 3, 2011 with respect to this matter.

This matter appears on the court's calendar on February 17, 2011 at 2:30 pm. in regards to a hearing concerning probation revocation. We are respectfully requesting an adjournment of this matter until March 8, 2011 at 4:30 pm., or 9:00 am. or whatever date that particular week the court deems appropriate. Both the government and probation consent to the foregoing adjournment.

We have been discussing a resolution of this matter with Ms. Theresa Maisano, Mr. Finn's probation officer who is unavailable on February 17, 2011. As we previously advised the court, we are preparing a package concerning programs Mr. Finn will be attending as well as a formidable future plan.

ADJOURNED TO TUESDAY,
MARCH 8, 2011 AT 4:30PM
SO ORDERED.

[signature]
U S D J

. Should you have any questions please feel free to contact the undersigned.

Sincerely,

EBANKS & SATTLER, LLP.

By: ______________________
ALBERTO A. EBANKS

AAE:cs
Cc: Glenn A. Kopp, Esq. (Via Fax)
Assistant United States Attorney
Ms. Theresa Maisano SDNY Probation (VIA FAX)