EBANKS & SATTLER, LLP
ATTORNEYS AT LAW
20 VESEY STREET, SUITE 503
NEW YORK, NEW YORK 10007
(212) 766-4411
FACSIMILE
(212) 766-5899
www.ebsalaw.com

ADAM B. SATTLER
ALBERTO A. EBANKS
MATTHEW B. WALLER

OF COUNSEL
RICHARD A. DIENST
ERICA B. SATTLER
STEPHEN A. RICCI
MARSHALL R. ISAACS

ELECTRONICALLY FILED 3/8/11

RECEIVED MAR 07 2011 CHAMBERS OF JOHN G. KOELTL U.S.D.J.

March 4, 2011

The Honorable John G. Koeltl
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10013

Re: United States of America v. Robert Finn
Docket No.: 10 Cr 61
Probation Revocation Hearing

Dear Honorable Sir:

We are the attorneys for the defendant, Robert Finn, who remains at liberty pursuant to a bond set by the Honorable Magistrate Gorenstein on February 3, 2011 with respect to the above matter.

After several adjournments this matter appears again on the court's calendar on March 8, 2011 at 4:30 pm. This letter is to advise the court that the parties have resolved in substance the outstanding issues concerning the Government's request for probation revocation. The parties will be requesting a control adjourned date of April 19, 2011 at 4:30 pm,. Ms. Theresa Maisano of the Southern District Probation Office has agreed to the foregoing control date.

As the court may be aware pursuant to the report of the United States Probation Department, Mr. Finn is currently on parole in the State of New Jersey. Mr. Finn is awaiting approval so that his parole reporting conditions can be moved to New York State so that he can reside with his mother, the signor of the appearance bond.

Pursuant to an agreement with probation, Mr. Finn is currently enrolled in the Delaney Hall program in Newark New Jersey which was recommended by Mr. Finn's New Jersey parole officer. The Delaney Hall program assists ex-offenders with respect to reintegration into society. Delaney Hall covers job training and substance abuse counseling. Delaney Hall is a residential program.

The defendant's travel restrictions are modified to include New Jersey as a place that can be visited. So ordered. John G. Koeltl USDJ 3/7/11

ADJOURNED TO TUESDAY, APRIL 19, 2011 AT 4:30PM
SO ORDERED
John G. Koeltl 3/7/11

Upon Mr. Finn's approval for his New York State parole transfer he will then be required to attend and complete the Hope program in Brooklyn, New York. Mr. Finn will be required to obtain his General Equivalency Diploma as well as attend job training at the Hope program. Mr. Finn must complete all aspects of this program which will become part of the stipulated agreement with probation. ( See Exhibit A attachment concerning the Hope program.)

Since Mr. Finn was paroled to New Jersey and Delaney Hall is a New Jersey State parole program, Mr. Finn's appearance bond must be enlarged to include the District of New Jersey only until his interstate transfer to New York is approved.

If the court requires the submission of an Order or Stipulation concerning this matter please feel free to contact the undersigned. Thank you for your consideration in this matter.

Sincerely,

EBANKS & SATTLER, LLP.

By: ______________________

MATTHEW B. WALLER

MBW:cs

cc: Glenn Kopp, Esq., AUSA
Ms. Theresa Maisano SDNY Probation
Ms. Rachel Robinson